No. 89–1623. GARDNER *v.* NEWSDAY, INC. C. A. 2d Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE BLACKMUN would grant certiorari.

No. 89–1627. BATCH *v.* TOWN OF CHAPEL HILL, NORTH CAROLINA. Sup. Ct. N. C. Motions of Pacific Legal Foundation and National Association of Home Builders for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 89–1651. EUGENE D., A MINOR, BY AND THROUGH HIS MOTHER AND NEXT FRIEND, OLIVIA D. *v.* KARMAN ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 89–6223. BITTAKER *v.* CALIFORNIA. Sup. Ct. Cal.;

No. 89–6886. RUIZ *v.* ILLINOIS. Sup. Ct. Ill.;

No. 89–7056. BLACKMON *v.* TEXAS. Ct. Crim. App. Tex.;

No. 89–7201. COLEMAN *v.* OKLAHOMA. Ct. Crim. App. Okla.;

No. 89–7253. ELMORE *v.* SOUTH CAROLINA. Sup. Ct. S. C.; and

No. 89–7275. MCCOLLUM *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. Reported below: No. 89–6223, 48 Cal. 3d 1046, 774 P. 2d 659; No. 89–6886, 132 Ill. 2d 1, 547 N. E. 2d 170; No. 89–7056, 775 S. W. 2d 649; No. 89–7253, 300 S. C. 130, 386 S. E. 2d 769; No. 89–7275, 533 N. E. 2d 1215.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 89–7289. MERRILL *v.* MINNESOTA. Sup. Ct. Minn. Motion of Minnesota Civil Liberties Union for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 89–1376. POLYAK *v.* HULEN ET AL.; POLYAK *v.* HULEN ET AL.; POLYAK *v.* HAMILTON; and POLYAK *v.* BUFORD EVANS & SONS, 495 U. S. 904;

No. 89–1407. DAVIS, BY AND THROUGH HER GUARDIAN, FARMERS BANK & CAPITAL TRUST COMPANY OF FRANKFORT, KENTUCKY *v.* KENTUCKY FINANCE COMPANIES RETIREMENT PLAN ET AL., 495 U. S. 905;

No. 89–5855. RASHE *v.* SCHWARZER, 493 U. S. 1047;

No. 89–6431. MORRISON *v.* ALABAMA, 495 U. S. 911;

No. 89–6500. BOUDREAU *v.* COLLINS, SUPERINTENDENT, MOORE CORRECTIONAL INSTITUTION, ET AL., 495 U. S. 920;

No. 89–6725. JUSTICE *v.* CITY OF COLUMBUS ET AL., 494 U. S. 1069;

No. 89–6745. TARVER *v.* ALABAMA, 494 U. S. 1090;

No. 89–6760. JAYME *v.* BOARD OF VETERANS APPEALS ET AL., 495 U. S. 906;

No. 89–6770. ANA LEON T. *v.* FEDERAL RESERVE BANK OF CHICAGO ET AL., 494 U. S. 1086;

No. 89–6826. SIMON *v.* BETHLEHEM STEEL CORP. ET AL., 495 U. S. 907;

No. 89–6828. ROTMAN *v.* WORCESTER POLICE DEPARTMENT ET AL., 495 U. S. 907;

No. 89–6839. IN RE MARTIN, 495 U. S. 920;

No. 89–6844. BRENNAN *v.* BRENNAN ET AL., 495 U. S. 907;

No. 89–6854. SANFORD *v.* ALAMEDA-CONTRA COSTA TRANSIT DISTRICT ET AL., 495 U. S. 907;

No. 89–6894. JUSTICE *v.* REDA ET AL., 495 U. S. 908;

No. 89–6934. WEEKLY *v.* STORY, WARDEN, ET AL., 495 U. S. 935;

No. 89–7001. DIAZ *v.* UNITED STATES ET AL., 495 U. S. 909; and

No. 89–7013. LAWRENCE *v.* TEXAS EMPLOYMENT COMMISSION, 495 U. S. 937. Petitions for rehearing denied.

No. 89–1252. BASALYGA ET AL. *v.* PENNSYLVANIA ET AL., 494 U. S. 1017. Petition of Vicki Wittenbreder for rehearing denied. Petition of Gene Basalyga for rehearing denied.

## JUNE 16, 1990

No. A–901. SWINDLER *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.